**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF ALABAMA**

In re

Felicia P. Jackson ,

    Debtor.

Case No. 21−30880
Chapter 13

# NOTICE

PLEASE TAKE NOTICE that a hearing will be held at

U.S. Bankruptcy Court, One Church Street, Courtroom 4D, Montgomery, AL 36104

on May 11, 2023 at 10:30 AM

to consider and act upon the following:

*28* − Trustee's Notice to Dismiss Case for Failure to Make Plan Payments . Responses due by 04/24/2023. (McKinney, Sabrina)

*29* − Objection to Trustee's Notice to Dismiss filed by David Weston on behalf of Felicia P. Jackson (RE: related document(s)28 Trustee's Notice to Dismiss Case). (Weston, David)

Dated April 19, 2023

Juan−Carlos Guerrero
Clerk of Court

| | |
|---|---|
| In re: | Case No. 21-30880-CLH |
| Felicia P. Jackson | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 1127-2 | User: admin | Page 1 of 1 |
| Date Rcvd: Apr 19, 2023 | Form ID: ntchrgBK | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 21, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Felicia P. Jackson, 141 Gazebo East Drive, Apt. F, Montgomery, AL 36117-2073 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| Date: Apr 21, 2023 | Signature: | /s/Gustava Winters |
|---|---|---|

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 19, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Bankruptcy Administrator | ba@almb.uscourts.gov danielle_greco@almba.uscourts.gov;britt_griggs@almba.uscourts.gov |
| David Weston | on behalf of Debtor Felicia P. Jackson lgraham@awf.law notice.leslie@aol.com;lgraham@awf.law;r47997@notify.bestcase.com;anelson@awf.law;weston.davidb115510@notify.bestcase.com |
| Larry E. Darby, Esq | on behalf of Creditor Woodley Terrace Bankruptcy@AlabamaEvictions.com bankruptcy@alabamaevictions.com;darbylawfirm@yahoo.com |
| Sabrina L. McKinney | trustees_office@ch13mdal.com |

TOTAL: 4